

RECEIVED
AND FILED

2016 APR 20 PM 3 36

U.S. BANKRUPTCY COURT
MARY A. SCHOTT, CLERK

TIMOTHY S. CORY
FEDERAL BANKRUPTCY TRUSTEE
8831 West Sahara Avenue
Las Vegas, Nevada 89117
Telephone: (702) 388-1996
tim.cory@corylaw.us

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEVADA

In re:

GREAT AMERICAN TITLE

Debtor.

) CHAPTER 7 BANKRUTPCY
) CASE NO. BK-S-07-18622-GS
)
)
)
) **NOTICE OF UNCLAIMED FUNDS**
)
)
) Hearing Date: N/A
) Hearing Time: N/A
)

TO:    CLERK, UNITED STATES BANKRUPTCY COURT

FROM:    TIMOTHY S. CORY, TRUSTEE

Pursuant to Rules 3010 and 3011 of the Bankruptcy Rules, the unclaimed funds shown on the attached Exhibit A, in the total amount of $17,054.00 are being forwarded to you to be deposited in the registry of the United States Bankruptcy Court. These funds can be withdrawn as provided in Chapter 129, Title 28 2042.

DATED: April 20, 2016.

_____
Timothy S. Cory, Trustee

NOTE: Claims that are $25.00 or less go into CAS 10600. Claims that are more than $25.00 go into CAS 613300. The amounts that are to be deposited into the registry can be written on check only.

226282    17054.00

# EXHIBIT A

| CLAIM # | CLAIMANT & ADDRESS | CAS 106000 | CAS 613300 |
|---|---|---|---|
| 1 | Mortgage Loan Specialist<br>10220 Eden Ora Ave<br>Las Vegas, NV 89134 | | $1,402.69 |
| 3 | FedEx Customer Information Service<br>as Assignee of Fed Ex Express<br>Attn: Revenue Recovery / Bankruptcy<br>2005 Corporate Avenue, 2nd Floor<br>Memphis, TN 38132 | | $642.45 |
| 8B | American Contractors Indemnity Company<br>c/o Holland and Hart<br>Attn: Lars K. Evensen, Esq.<br>9555 Hillwood Dr, 2nd Floor<br>Las Vegas, NV 89134-0532 | | $14,847.14 |
| 16 | Jani-King of Las Vegas, Inc.<br>Attn: Daniel J. Moore<br>16885 Dallas Parkway<br>Addison, TX 75001 | | $161.72 |
| | Total: | | $17,054.00 |